IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY L. SMITH, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| N3 OCEANIC, INC., | : | No. 16-730 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **14th** day of **December**, **2016**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Response thereto, the parties' replies thereon, and for the reasons set forth in this Court's Memorandum dated December 14, 2016, it is hereby **ORDERED** that:

1. The motion (Document No. 17) is **GRANTED**.

2. The Clerk of Court is directed to close this case.


BY THE COURT:

/s/ Berle M. Schiller
_____
**Berle M. Schiller, J.**